DIEMER, WHITMAN & CARDOSI, LLP
JUDITH L. WHITMAN, #103385
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR Defendants,
Vassallo Tile, Marble & Granite Corp.,
Antonio Vassallo and Giovanni Vassallo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; et al,<br><br>Plaintiffs,<br><br>vs.<br><br>VASSALLO TILE, MARBLE & GRANITE CORP., et al.,<br><br>Defendants. | Case No. CV 09-0371 VRW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Date: May 7, 2009<br>Time: 3:30 PM<br>Courtroom: 6, 17th Floor<br><br>Continued to 7/15/2009 at 3:30 PM. |

Plaintiffs, Bricklayers and Allied Craftworkers Local Union No. 3, AFL-CIO; Trustees of the Northern California Tile Industry Pension Trust; Trustees of the Northern California Tile Industry Health and Welfare Trust Fund; Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund; Tile Industry Promotion Fund of Northern California, Inc., a not-for-profit California corporation; Tile Employers Contract Administration Fund; Trustees of the International Union of Bricklayers and Allied Craftworkers Pension Fund; Defendants, Vassallo Tile, Marble & Granite Corp., a California corporation, Antonio Vassallo and Giovanni Vassallo, and Defendant American Contractor Indemnity Company, a California corporation hereby stipulate to and respectfully request that the Court continue the Case Management Conference in this matter, currently set for May 7, 2009 at 3:30 PM, to June 11, 2009, at 3:30 P.M.

---
1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

1  The parties make this request because defendants Vassallo Tile, Marble & Granite Corp.,
2  Antonio Vassallo and Giovanni Vassallo (collectively "Vassallo") have not yet appeared in this
3  action. Plaintiffs filed a First Amended Complaint on March 25, 2009. Vassallos' response to
4  the First Amended Complaint is due on May 8, 2009 and an answer will be filed at that time.

5  In order to give Vassallos sufficient time to make their first appearance and to participate
6  in the Case Management Conference, the parties respectfully request that this Court continue the
7  Case Management Conference in this matter to June 11, 2009 at 3:30 P.M.

8  IT IS SO STIPULATED:

9  Dated: May 5, 2009                                    KATZENBACH AND KHTIKIAN

11                                                By:_____
                                                      Kimberly A. Hancock
12                                                    Attorneys for Plaintiffs

13 Dated: May 5, 2009                                    DIEMER, WHITMAN & CARDOSI, LLP

15                                                By:_____
                                                      Judith L. Whitman
16                                                    Attorneys for Vassallo Tile, Antonio Vassallo
                                                      and Giovanni Vassallo

18 Dated: May 5, 2009                                    LANAK & HANNA, P.C.

20                                                By:_____
                                                      Robert Stroj
21                                                    Attorneys for American Contractors Indemnity

## [PROPOSED] ORDER

Good cause appearing, it is so ORDERED that the Case Management Conference currently set for May 7, 2009 at 3:30 PM is continued to ~~June 11, 2009~~ July 15, 2009 at 3:30 PM in Courtroom 6, 17th Floor.

Dated: May __6__, 2009

                                                  _____
                                                  The Honorable Vaughn R Walker
                                                  UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER