```
DIEMER, WHITMAN & CARDOSI, LLP
JUDITH L. WHITMAN, #103385
75 East Santa Clara Street, Suite 290
San Jose, California  95113
Telephone:  (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR Defendants,
Vassallo Tile, Marble & Granite Corp.,
Antonio Vassallo and Giovanni Vassallo
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; et al,<br><br>           Plaintiffs,<br>vs.<br><br>VASSALLO TILE, MARBLE & GRANITE CORP., et al.,<br><br>           Defendants. | Case No. CV 09-0371 VRW<br><br>**STIPULATION TO EXCUSE BONDING COMPANY FROM ATTENDING MEDIATION;** ~~PROPOSED~~ **ORDER**<br><br>Date: June 19, 2009<br>Time: 10:00 A.M.<br>Mediator: Arthur R. Siegel, Esq. |

Plaintiffs, Bricklayers and Allied Craftworkers Local Union No. 3, AFL-CIO; Trustees of the Northern California Tile Industry Pension Trust; Trustees of the Northern California Tile Industry Health and Welfare Trust Fund; Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund; Tile Industry Promotion Fund of Northern California, Inc., a not-for-profit California corporation; Tile Employers Contract Administration Fund; Trustees of the International Union of Bricklayers and Allied Craftworkers Pension Fund; Defendants, Vassallo Tile, Marble & Granite Corp., a California corporation, Antonio Vassallo and Giovanni Vassallo, and Defendant American Contractor Indemnity Company, a California corporation hereby stipulate to and respectfully request that Defendant American Contractor Indemnity Company be excused from attending the mediation in this matter. American Contractor Indemnity Company, as the bonding company, plays a minor role in this matter and

1 | its participation in the mediation will cause unnecessary expense without providing any
2 | significant benefit in resolving the dispute. Accordingly, it would be beneficial for all parties if
3 | American Contractor Indemnity Company is excused from attending the mediation.

IT IS SO STIPULATED:

Dated: May 19, 2009

KATZENBACH AND KHTIKIAN

By: _____
Kimberly A. Hancock
Attorneys for Plaintiffs

Dated: May 19, 2009

DIEMER, WHITMAN & CARDOSI, LLP

By: _____
Judith L. Whitman
Attorneys for Vassallo Tile, Antonio Vassallo
and Giovanni Vassallo

Dated: May 19, 2009

LANAK & HANNA, P.C.

By: _____
Robert Stroj
Attorneys for American Contractors Indemnity

[PROPOSED] ORDER

Good cause appearing, it is so ORDERED that American Contractor Indemnity Company is excused from attending the mediation in this matter.

Dated: May ___, 2009

_____
The Honorable Wayne Brazil
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

its participation in the mediation will cause unnecessary expense without providing any significant benefit in resolving the dispute. Accordingly, it would be beneficial for all parties if American Contractor Indemnity Company is excused from attending the mediation.

IT IS SO STIPULATED:

Dated: May 19, 2009

KATZENBACH AND KHTIKIAN

By: _____
Kimberly A. Hancock
Attorneys for Plaintiffs

Dated: May 19, 2009

DIENER, WHITMAN & CARDOSI, LLP

By: _____
Judith L. Whitman
Attorneys for Vassallo Tile, Antonio Vassallo and Giovanni Vassallo

Dated: May 19, 2009

LANAK & HANNA, P.C.

By: _____
Robert Stroj
Attorneys for American Contractors Indemnity

[~~PROPOSED~~] ORDER

Good cause appearing, it is so ORDERED that American Contractor Indemnity Company is excused from attending the mediation in this matter.

Dated: June 10, 2009

_____
The Honorable Wayne Brazil
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE