Case 3:09-cv-00371-JW   Document 29   Filed 11/06/09   Page 1 of 5

```
Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, et al.<br><br>        Plaintiffs,<br><br>    vs.<br><br>VASSALLO TILE, MARBLE & GRANITE CORP., a California corporation, et al.<br><br>        Defendants. | CASE NO.: CV 09-0371 VRW<br><br>STIPULATION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE;<br>[~~PROPOSED~~] ORDER THEREON |

IT IS HEREBY STIPULATED by and between plaintiffs and defendants VASSALLO TILE, MARBLE & GRANITE CORP., GIOVANNI VASSALLO, ANTONIO VASSALLO and AMERICAN CONTRACTORS INDEMNITY COMPANY, in the above-described action, through their attorneys' of record, that:

WHEREAS, on July 15, 2009 this Court ordered that the above-captioned matter be referred to a settlement conference to take place between November 9 and November 25, 2009; and

WHEREAS, the settlement conference in this matter is currently scheduled for November 16, 2009 with Magistrate Judge Edward M. Chen;

WHEREAS, plaintiffs have propounded discovery requests on defendants, including Special Interrogatories, Set One and

STIPULATION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND TO CONTINUE CMC

1  Request For Production of Documents, Set One and have noticed the
2  depositions of defendant ANTIONIO VASSALLO and the person most
3  knowledgeable from defendant VASSALLO TILE, MARBLE & GRANOITE
4  CORP. scheduled for late November 2009;
5      WHEREAS, on October 28, 2009 plaintiffs alerted this Court
6  to a discovery dispute between plaintiffs and defendant VASSALLO
7  MARBLE, TILE & GRANITE CORP. ("VASSALLO") concerning VASSALLO's
8  lack of response to plaintiffs discovery requests and meet and
9  confer efforts and have requested leave to file a Motion to
10 Compel;
11     WHEREAS, the discovery sought by plaintiffs, including the
12 depositions scheduled for late November 2009, will facilitate
13 more productive settlement discussions between the parties;
14     WHEREAS, on October 28, 2009 Judge Chen's secretary, Leni
15 Doyle, advised plaintiffs' counsel that Judge Chen has
16 availability to continue the settlement conference until December
17 22, 2009;
18     WHEREAS, the next Case Management Conference in this matter
19 is currently scheduled for December 17, 2009; now
20     THEREFORE, the parties request the Court (i) to extend the
21 deadline within which to conduct the settlement conference in
22 this matter until December 31, 2009, and (ii) to continue the
23 Case Management Conference in this matter currently scheduled for
24 December 17, 2009 to January 28, 2010 or on a date thereafter
25 convenient to the Court.
26
27
28

```
 1  Dated:                              KATZENBACH & KHTIKIAN
 2
 3                                      /S/ Kimberly A. Hancock
                                        Kimberly A. Hancock
 4                                      Attorneys for Plaintiffs
 5
    Dated:                              DIEMER, WHITMAN & CARDOSI, LLP
 6
 7
                                        _____
 8                                      Judith L. Whitman
                                        Attorneys for Defendants
 9                                      Vassallo Tile, Marble & Granite
                                        Corp., Antontio Vassallo and
10                                      Giovanni Vassallo
11
    Dated:                              LANAK & HANNA, P.C.
12
13
                                        _____
14                                      Robert Stroj
                                        Attorneys for Defendant
15                                      American Contractors Indemnity
                                        Company
16
17                          **ORDER**
18
        PURSUANT TO THIS STIPULATION, IT IS SO ORDERED that (i) the
19
    deadline within which to conduct the settlement conference in
20
    this matter is extended until December 31, 2009, and (ii) the
21
    Case Management Conference currently scheduled for December 17,
22
    2009 is continued until _____.
23
24
25
26
    Dated:_____      _____
27                                  THE HONORABLE VAUGHN R. WALKER
                                    UNITED STATES DISTRICT CHIEF JUDGE
28
```

```
 1  Dated:                         KATZENBACH & KHTIKIAN
 2
 3                                 /S/ Kimberly A. Hancock
                                   Kimberly A. Hancock
 4                                 Attorneys for Plaintiffs
 5
    Dated:                         DIEMER, WHITMAN & CARDOSI, LLP
 6
 7
 8                                 Judith L. Whitman
                                   Attorneys for Defendants
 9                                 Vassallo Tile, Marble & Granite
                                   Corp., Antontio Vassallo and
10                                 Giovanni Vassallo
11
    Dated: 10/29/09                LANAK & HANNA, P.C.
12
13
14                                 Robert Stroj   Charles T. Meyer for
                                   Attorneys for Defendant          Robert Stroj
15                                 American Contractors Indemnity
                                   Company
16
17
                                         ORDER
18
19      PURSUANT TO THIS STIPULATION, IT IS SO ORDERED that (i) the
20  deadline within which to conduct the settlement conference in
21  this matter is extended until December 31, 2009, and (ii) the
22  Case Management Conference currently scheduled for December 17,
23  2009 is continued until _____.
24
25
26
27  Dated: _____
                                   THE HONORABLE VAUGHN R. WALKER
28                                 UNITED STATES DISTRICT CHIEF JUDGE
```

Dated: 10/29/09

KATZENBACH & KHTIKIAN

/S/ Kimberly A. Hancock
Kimberly A. Hancock
Attorneys for Plaintiffs

Dated: 10/29/09

DIEMER, WHITMAN & CARDOSI, LLP

Judith L. Whitman
Attorneys for Defendants
Vassallo Tile, Marble & Granite
Corp., Antonio Vassallo and
Giovanni Vassallo

Dated:

LANAK & HANNA, P.C.

Robert Stroj
Attorneys for Defendant
American Contractors Indemnity
Company

## ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED that (i) the deadline within which to conduct the settlement conference in this matter is extended until December 31, 2009, and (ii) the Case Management Conference currently scheduled for December 17, 2009 is continued until February 4, 2010 at 3:30 PM.

Dated: 11/6/2009

GRANTED
Judge Vaughn R Walker

THE HONORABLE VAUGHN R WALKER
UNITED STATES CHIEF JUDGE

STIPULATION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND TO CONTINUE CMC

3