UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> VASSALLO TILE, ET AL., <br><br> Defendant(s). | Case No. C9-00371 VRW (JCS) <br><br> **ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO COMPEL [Docket Nos. 26, 28, 31]** |

On October 28, 2009, Plaintiffs filed a Discovery Letter construed as a Motion to Compel.

On November 23, 2009, a telephonic hearing was held. Kim Hancock, counsel for Plaintiffs, appeared. Judith Whitman, counsel for Defendant Vassallo Tile, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that

1. On or before December 15, 2009, Defendant shall respond fully and completely to Special Interrogatories Nos. 2 and 3 propounded by Plaintiff Allied Craftworkers Local Union No. 3 (the "Union");

2. On or before December 15, 2009, Defendant shall produce all documents in the personnel files of the employees listed in the audit report that relate to the work performed by those employees; and

3. On or before December 15, 2009 Defendant shall produce all contracts and subcontracts entered into by Defendant for jobs worked since September 1, 2007.

IT IS SO ORDERED.

Dated: November 23, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge