```
Kent Khtikian, Esq. (#99843)
Katzenbach and Khtikian
1714 Stockton Street, Suite #300
San Francisco, California  94133-2930
(415) 834-1778
Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE BAC LOCAL NO. 19 APPRENTICESHIP AND TRAINING TRUST FUND;  TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>VASSALLO TILE, MARBLE & GRANITE CORP., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; ANTONIO VASSALLO; and, GIOVANNI VASSALLO,<br><br>    Defendants.<br>_____ | Case No. CV 09-0371 VRW<br><br>**REQUEST FOR DISMISSAL OF AMERICAN CONTRACTORS INDEMNITY COMPANY** |

Plaintiffs by and through their attorneys of record, Katzenbach and Khtikian, hereby request the dismissal, with prejudice, of defendant AMERICAN CONTRACTORS INDEMNITY COMPANY

```
 1 | from this action
 2 |
 3 | Dated: January 8, 2010              KATZENBACH & KHTIKIAN
 4 |
 5 |                                     By:    /s/ Kent Khtikian
   |                                            Kent Khtikian
 6 |                                            Attorneys for Plaintiffs
 7 |
   |      SO ORDERED.
 8 |
 9 |
   | Date: 1/12/2010
10 |                                     _____
   |                                            Judge                Court
```

GRANTED

Judge Vaughn R Walker