```
Kent Khtikian, Esq. (#99843)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND;  TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>VASSALLO TILE, MARBLE & GRANITE CORP., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; ANTONIO VASSALLO; GIOVANNI VASSALLO,<br><br>　　　　Defendants. | CASE NO. CV 09-0371 VRW<br>　　　(EMC)<br><br>STIPULATION FOR ENTRY OF ORDER FOR RETENTION OF JURISDICTION |

　　　WHEREAS plaintiffs and defendants have entered into a settlement agreement on the record which resolves plaintiffs claims against Antonio Vassallo and Giovanni Vassallo only and only the third claim for relief against Vassallo Tile, Marble & Granite Corp (leaving other claims for relief against Vassallo

1  Tile pending and unresolved);
2      WHEREAS the settlement agreement provides that the parties
3  are to execute, at this time, a stipulation for entry of partial
4  judgment and judgment form;
5      WHEREAS the settlement agreement further provides that the
6  plaintiffs are to hold the stipulation for entry of partial
7  judgment and judgment form and not submit the form to the Court
8  for entry of judgment until such time, if any, that defendants
9  breach certain conditions set forth in the settlement agreement;
10     WHEREAS the conditions which might be breached by defendants
11 do not expire until August 1, 2012; and,
12     WHEREAS it is likely that plaintiffs claims against the
13 remaining defendant Vassallo Tile, Marble & Granite Corp., will
14 be resolved before August 1, 2012
15     NOW THEREFORE, the parties agree to and request entry of the
16 Order set forth below.
17
18 SO STIPULATED AND AGREED:
19                             Diemer, Whitman & Cardosi LLP
20
21 Dated: March 5, 2010           /s/ Judith Whitman
                                Judith L. Whitman
22                              Attorney for Defendants
23
24                              Katzenbach & Khtikian
25
26 Dated: March 15, 2010          /s/ Kent Khtikian
                                Kent Khtikian
27                              Attorney for Plaintiffs
28
                        **Attestation Of Concurrence**

I, Kent Khtikian, declare that Judith Whitman has signed the Stipulation set forth above and that I have in my possession her signatures on this document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March 2010, in San Francisco, California.

/s/ Kent Khtikian
Kent Khtikian

**ORDER**

IT IS HEREBY ORDERED that:

1. Antonio Vassallo and Giovanni Vassallo shall remain parties in this action, and shall not be dismissed, until the earlier of such time that plaintiffs request their dismissal or February 1, 2013.  In the event the Plaintiffs have not earlier sought entry of judgment against Antonio Vassallo and Giovanni Vassallo, Plaintiffs shall request the dismissal of Antonio Vassallo and Giovanni Vassallo no later than by February 1, 2013.

2. The Court shall retain jurisdiction in this matter for the purpose of entering the stipulation for judgment against defendants.

Dated: March 23, 2010

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA