IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Bricklayers and Allied Craftworkers Local Union, et al., | NO. C 09-00371 JW |
| Plaintiffs, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Vassallo Tile Marble & Granite Corp., et al., | |
| Defendants. | |

On March 2, 2011, the Court issued a Reassignment Order requiring the parties to file a Joint Status Statement within ten days of the reassignment. (Docket Item No. 45.) To date, the parties have failed to file the required Joint Statement.

Accordingly, the Court sets a Case Management Conference for **July 11, 2011 at 10 a.m.** On or before **July 1, 2011**, the parties shall file a Joint Case Management Statement. The Statement shall include, *inter alia*, the status of this case since the last entry on March 2010 of the Stipulation regarding a partial settlement and what steps the parties are taking to pursue the action and to bring it to a close.

As the parties have failed to comply with the Court's previous Order, further failure to comply will result in a dismissal for lack of prosecution pursuant to Fed. R. Civ. P. 41(b) which is a dismissal on the merits.

Dated: June 10, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Judith L. Whitman jwhitman@diemerwhitman.com
Kent Khtikian khtikian@kkcounsel.com
Robert John Stroj rjstroj@lanak-hanna.com

**Dated:  June 10, 2011**                                   **Richard W. Wieking, Clerk**


**By:      /s/ JW Chambers
            Susan Imbriani
            Courtroom Deputy**

United States District Court
For the Northern District of California