Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842

Attorneys for Plaintiffs

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>VASSALLO TILE, MARBLE & GRANITE CORP., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; ANTONIO VASSALLO; GIOVANNI VASSALLO,<br><br>Defendants. | CASE NO. CV 09-0371 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs, by and through their attorneys of record, Katzenbach and Khtikian, hereby

1  request the dismissal of this action in its entirety with prejudice..

                                        Respectfully submitted,

                                        Katzenbach & Khtikian

Dated: June 16, 2011                By:   /s/ Conor Mack
                                                Conor D. Mack
                                            Attorneys for Plaintiffs