Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842

Attorneys for Plaintiffs

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

        Plaintiffs,

  vs.

VASSALLO TILE, MARBLE & GRANITE CORP., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; ANTONIO VASSALLO; GIOVANNI VASSALLO,

        Defendants.

CASE NO. CV 09-0371 JW

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Plaintiffs, by and through their attorneys of record, Katzenbach and Khtikian, hereby

1 | request the dismissal of this action in its entirety with prejudice..

Respectfully submitted,

Katzenbach & Khtikian

Dated: June 16, 2011           By: /s/ Conor Mack
                                   Conor D. Mack
                                   Attorneys for Plaintiffs